**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Adolfo ALDAY–GONZALEZ,**
**Defendant–Appellant.**

**No. 06–10575.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 26, 2008 *.

Filed March 10, 2008.

Raquel Arellano, Esq., George Ferko, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Roger H. Sigal, Esq., Tucson, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Adolfo Alday–Gonzalez appeals from his jury-trial conviction for conspiracy to transport unauthorized aliens for profit, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), and aiding and abetting the transportation of unauthorized aliens for profit, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We decline to review appellant's ineffective assistance of counsel claims on direct appeal, because this is not "the unusual case[ ](1) where the record on appeal is sufficiently developed to permit determination of the issue[s], or (2) where the legal representation is so inadequate that it obviously denies a defendant his Sixth Amendment right to counsel." *United*

States *v. Jeronimo,* 398 F.3d 1149, 1156 (9th Cir.2005).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

